JAMES RICHARD DUPREE *v.* GARY MASTERS ET AL.
(14788)

Dupont, C. J., and Foti and Heiman, Js.

Submitted on briefs November 6—decision released November 28, 1995

*Guy L. DePaul* filed a brief for the appellant (plaintiff).

*Richard Blumenthal*, attorney general, and *Lisa Guttenberg Weiss*, *William J. McCullough* and *Michael Belzer*, assistant attorneys general, filed a brief for the appellee (defendant).

PER CURIAM. The decision of the compensation review board is affirmed.